**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01035-CV

### MICHELLE MANAUTOU, Appellant

### V.

### TEACHERS INSURANCE AND ANNUITIES ASSOCIATION OF AMERICA, ET AL., Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-10-07908-E**

## ORDER

We **GRANT** appellant's November 22, 2013 unopposed motion for an extension of time to file a brief. Appellant shall file her brief on or before December 27, 2013.

We **VACATE** this Court's postcard notice dated November 19, 2013 granting appellant's November 18, 2013 motion for an extension of time to file a brief.

/s/    ELIZABETH LANG-MIERS
        JUSTICE